Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                Case No.: 13–10890–KCF  
                                Chapter: 13  
                                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael L. Nirdlinger | Dawn Nirdlinger |
| 326 Virginia Drive | aka Dawn Stanwood |
| Browns Mills, NJ 08015 | 326 Virginia Drive |
| | Browns Mills, NJ 08015 |

Social Security No.:  
  xxx–xx–7355                                         xxx–xx–8065

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 31, 2018</u>                 <u>Kathryn C. Ferguson</u>  
                                       Judge, United States Bankruptcy Court