Form cscnodsc – ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 13−10890−KCF  
Chapter: 13  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael L. Nirdlinger  
326 Virginia Drive  
Browns Mills, NJ 08015

Dawn Nirdlinger  
aka Dawn Stanwood  
326 Virginia Drive  
Browns Mills, NJ 08015

Social Security No.:  
 xxx−xx−7355    xxx−xx−8065

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: May 31, 2018
JAN: wdr

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-10890-KCF
Michael L. Nirdlinger                                                   Chapter 13
Dawn Nirdlinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: May 31, 2018
                              Form ID: cscnodsc        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
```
db/jdb         +Michael L. Nirdlinger,    Dawn Nirdlinger,    326 Virginia Drive,    Browns Mills, NJ 08015-5335
cr              ECAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
513616085      +Ars Account Resolution,    1801 Nw 66th Ave Ste 200,    Plantation, FL 33313-4571
513616086     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
513616088      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
513616089      +Citi/Shell,    Po Box 6497,    Sioux Falls, SD 57117-6497
513616090       Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
513616091      +High Point Insurance Co. c/o,    Christopher S. Lipari, Esq.,    1301 South Main Street,
                 Pleasantville, NJ 08232-3511
513616092      +Ic Systems Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
513913117      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
513616093      +New Century financial c/o,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513616095      +Virtua West Jersey Health System,    c/o Lee Dennison, P.C.,    231 High Street,
                 Mount Holly, NJ 08060-1450
513616097     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
514329576      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514341601      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 23:56:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 23:56:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513754642       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2018 00:07:32
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
513616087      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2018 00:01:08     Cap1/Polrs,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
513653165      +E-mail/Text: bnc@bass-associates.com May 31 2018 23:54:51     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
513616094      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 31 2018 23:54:48
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
513935504      +E-mail/Text: bnc@bass-associates.com May 31 2018 23:54:51     eCAST Settlement Corp,,
                 Assignee of Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
514491934*     +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
513616096    ##+Wells Fargo c/o,    Zucker, Goldberg & Ackerman,    200 Sheffield St., Ste. 101,    PO box 1024,
                 Mountainside, NJ 07092-0024
                                                                                  TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 31, 2018
                              Form ID: cscnodsc        Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo   Bank, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo   Bank, N.A.
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    Wells Fargo   Bank, N.A. nj.bkecf@fedphe.com
          Warren S. Jones, Jr.    on behalf of Joint Debtor Dawn   Nirdlinger email@warrensjones.com,
           r46134@notify.bestcase.com;robert@warrensjones.com
          Warren S. Jones, Jr.    on behalf of Debtor Michael L. Nirdlinger email@warrensjones.com,
           r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                         TOTAL: 7
```