| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #16294<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400 | Order Filed on April 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>   **Michael L. Nirdlinger**<br>   **Dawn  Nirdlinger** | Case No.:  **13-10890**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:  **4/10/2019**<br><br>Judge:  **Kathryn C. Ferguson** |

## ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 11, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's Motion to Reopen Case, and any related responses or objections, and for good cause shown, it is hereby

**ORDERED** that the instant case is re-opened so that the Court and/or Clerk may review for the issuance of a discharge.