| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ  08060<br>(609) 261-8400 | Order Filed on April 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>    **Michael L. Nirdlinger**<br>    **Dawn  Nirdlinger**<br><br>    **Debtor(s)** | Case No.:  **13-10890**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:  **April 10, 2019**<br><br>Judge:  **Kathryn C. Ferguson** |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby **ORDERED**:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
    Location (Street Address):  326 Virginia Drive, Browns Mills, NJ  08015

4. Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Virtua West Jersey Health Systems

    b. Current Assignee:  Virtua West Jersey Health Systems

    c. Current Servicer: Virtua West Jersey Health Systems

    d. Date of Mortgage/Lien: 08/24/2011

    e. Date of Recordation:  09/29/2011

    f. Place of Recordation: Judgment Processing Services, Superior Court Clerk's Office, 25 W. Market St., Sixth Floor North Wing, Trenton, NJ 08611

        i. Mortgage Book:  N/A
        ii. Page:  N/A

    g. Original Principal Balance of Mortgage/Lien: $2,209.15

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.