UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WARREN S. JONES, JR., ESQUIRE
Bar #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mount Holly, NJ  08060
(609) 261-8400

In re:
  **Michael L. Nirdlinger**
  **Dawn  Nirdlinger**

  **Debtor(s)**

**Order Filed on April 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      **13-10890**

Chapter:       **13**

Adv. No.:

Hearing Date:   **April 10, 2019**

Judge:          **Kathryn C. Ferguson**

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify) _____**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 11, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL
BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby **ORDERED**:

1.  The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2.  The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3.  Description of Real Property:
      Location (Street Address):  326 Virginia Drive, Browns Mills, NJ  08015

4.  Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: New Century Financial Services

    b.  Current Assignee:  New Century Financial Services

    c.  Current Servicer: New Century Financial Services

    d.  Date of Mortgage/Lien: 10/22/2008

    e.  Date of Recordation:  11/26/2008

    f.  Place of Recordation:        Judgment Processing Services

                                     Superior Court Clerk's Office

                                     25 W. Market St.

                                     Sixth Floor North Wing

                                     Trenton, NJ 08611

        i.  Mortgage Book:  N/A
        ii. Page:  N/A

    g.  Original Principal Balance of Mortgage/Lien: $3,991.23

5.  The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6.  A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.