**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael L. Nirdlinger | Social Security number or ITIN  xxx–xx–7355 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dawn Nirdlinger | Social Security number or ITIN  xxx–xx–8065 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  13–10890–KCF

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael L. Nirdlinger

Dawn Nirdlinger
aka Dawn Stanwood

4/11/19

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-10890-KCF
Michael L. Nirdlinger                                                     Chapter 13
Dawn Nirdlinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Apr 11, 2019
                              Form ID: 3180W         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb         +Michael L. Nirdlinger,    Dawn Nirdlinger,    326 Virginia Drive,    Browns Mills, NJ 08015-5335
cr              ECAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
513616085      +Ars Account Resolution,    1801 Nw 66th Ave Ste 200,    Plantation, FL 33313-4571
513616090       Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
513616091      +High Point Insurance Co. c/o,    Christopher S. Lipari, Esq.,    1301 South Main Street,
                 Pleasantville, NJ 08232-3511
513913117      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
513616093      +New Century financial c/o,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513616095      +Virtua West Jersey Health System,    c/o Lee Dennison, P.C.,    231 High Street,
                 Mount Holly, NJ 08060-1450
514329576      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513754642       EDI: AIS.COM Apr 12 2019 03:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
513616086       EDI: BANKAMER.COM Apr 12 2019 03:28:00      Bank Of America, N.A.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
513616087      +EDI: CAPITALONE.COM Apr 12 2019 03:28:00      Cap1/Polrs,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
513653165      +EDI: BASSASSOC.COM Apr 12 2019 03:28:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
513616088      +EDI: CHASE.COM Apr 12 2019 03:28:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513616089      +EDI: CITICORP.COM Apr 12 2019 03:28:00      Citi/Shell,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
513616092      +EDI: IIC9.COM Apr 12 2019 03:28:00      Ic Systems Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
513616094      +EDI: VERIZONCOMB.COM Apr 12 2019 03:28:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
513616097       EDI: WFFC.COM Apr 12 2019 03:28:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701
514341601      +EDI: WFFC.COM Apr 12 2019 03:28:00      Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
513935504      +EDI: BASSASSOC.COM Apr 12 2019 03:28:00      eCAST Settlement Corp,,
                 Assignee of Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
514491934*     +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
513616096     ##+Wells Fargo c/o,    Zucker, Goldberg & Ackerman,    200 Sheffield St., Ste. 101,    PO box 1024,
                 Mountainside, NJ 07092-0024
                                                                                        TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                            Signature:   /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2019
                               Form ID: 3180W           Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo   Bank, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo   Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo   Bank, N.A. nj.bkecf@fedphe.com
              Warren S. Jones, Jr.    on behalf of Joint Debtor Dawn   Nirdlinger email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
              Warren S. Jones, Jr.    on behalf of Debtor Michael L. Nirdlinger email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                             TOTAL: 7
```