| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ  08060<br>(609) 261-8400<br>In re:<br>   **Michael L. Nirdlinger**<br>   **Dawn  Nirdlinger**<br><br>   **Debtor(s)** | Order Filed on April 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:   **13-10890**<br><br>Chapter:   **13**<br><br>Adv. No.:<br><br>Hearing Date:   **April 10, 2019**<br><br>Judge:   **Kathryn C. Ferguson** |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby **ORDERED**:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
    Location (Street Address):  326 Virginia Drive, Browns Mills, NJ  08015

4. Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: New Century Financial Services

    b. Current Assignee:  New Century Financial Services

    c. Current Servicer: New Century Financial Services

    d. Date of Mortgage/Lien: 10/22/2008

    e. Date of Recordation: 11/26/2008

    f. Place of Recordation:        Judgment Processing Services
                                    Superior Court Clerk's Office
                                    25 W. Market St.
                                    Sixth Floor North Wing
                                    Trenton, NJ 08611

        i. Mortgage Book:  N/A
        ii. Page:  N/A
    g. Original Principal Balance of Mortgage/Lien: $3,991.23

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

```
                    United States Bankruptcy Court
                         District of New Jersey
```

```
In re:                                                    Case No. 13-10890-KCF
Michael L. Nirdlinger                                     Chapter 13
Dawn Nirdlinger
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 11, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb         +Michael L. Nirdlinger,    Dawn Nirdlinger,    326 Virginia Drive,    Browns Mills, NJ 08015-5335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo  Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Warren S. Jones, Jr.    on behalf of Joint Debtor Dawn   Nirdlinger email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
              Warren S. Jones, Jr.    on behalf of Debtor Michael L. Nirdlinger email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                              TOTAL: 7